EVERETT J. KONZ, Appellant, *v.* THEODORE BEDELL, JR., as Comptroller of Nassau County, et al., Respondents.

Argued May 19, 1948; decided July 16, 1948.

*Ferdinand I. Haber, John C. Bruckmann, Patrick M. Casey, Francis G. Parks* and *Nathaniel Taylor* for appellant.

*Marcus G. Christ, County Attorney* (*G. Burchard Smith* and *Francis J. Donovan* of counsel), for respondents.

Judgment affirmed, without costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.